# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**CLIVE ANTHONY HAMILTON,**

        **Petitioner,**

**v.**

        **CASE NO. 02-40157-03-JAR**
        **CIVIL NO. 19-4017-JAR**

**UNITED STATES OF AMERICA,**

        **Respondent.**

( )  **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

( x )  **DECISION BY THE COURT.**   This action came before the Court.   The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order filed and entered on May 17, 2019 (Doc. 1093), Petitioner Clive Anthony Hamilton's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 1091) is hereby DISMISSED as an unauthorized second or successive § 2255 motion.

    **IT IS SO ORDERED**

    Dated:    May 17, 2019

                      **TIMOTHY M. O'BRIEN, CLERK**

                       s/Bonnie Wiest
                      **Deputy Clerk**